No. 86–6435. ADKINS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–857. BURLINGTON NORTHERN RAILROAD CO. *v.* GULATI. Sup. Ct. Minn. Motion of National Railway Labor Conference for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 86–999. NEW YORK ET AL. *v.* DOLE, SECRETARY OF TRANSPORTATION, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–1070. MOUNTAIN STATES LEGAL FOUNDATION ET AL. *v.* HODEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 86–1171. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* DORMAN. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.